FILED

06/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0108

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CASE NO. DA-23-0108

| | |
|---|---|
| ANTHONY REED,<br><br>            Petitioner/Appellant,<br>and<br><br>CATHERINE MARTIN,<br><br>            Respondent/Appellee. | **ORDER GRANTING EXTENSION OF TIME** |

Having reviewed Respondent / Appellee's Unopposed Motion for Extension of Time and for good cause appearing, it is hereby ORDERED that the deadline for filing Respondent / Appellee's Answer Brief is extended to July 21, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc:    Cliff Irwin, Attorney for Petitioner / Appellant
       RIES LAW GROUP, P.C., Attorneys for Respondent / Appellee

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 19 2023